IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00201-RM-KLM

HILLARY VALLES,

    Plaintiff,

v.

GEN-X ECHO B, INC, d/b/a GENX and
MARTIN COLLAZO RANGEL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion For Leave to File Her Third Amended Complaint By Adding New Party Defendants** [Docket No. 35; Filed July 22, 2013] (the "Motion to Amend") and **Plaintiff's Motion For Leave to Withdraw Her Motion For Leave to File Her Third Amended Complaint By Adding New Party Defendants** [#36; Filed July 22, 2013] (the "Motion to Withdraw").  In the Motion to Withdraw [#36], Plaintiff seeks to withdraw the Motion to Amend [#35].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#36] is **GRANTED** and the Motion to Amend [#35] is deemed **WITHDRAWN**.

    Dated:  July 23, 2013