IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00201-RM-KLM

HILLARY VALLES,

    Plaintiff,

v.

GEN-X ECHO B, INC, d/b/a GENX and
MARTIN COLLAZO RANGEL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Gen-X Echo B, Inc.'s Unopposed Motion to Amend the Scheduling Order** [Docket No. 43; Filed September 6, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The Scheduling Order entered on May 20, 2013 [#19] is amended to extend the following deadline:

- Rebuttal Expert Disclosure Deadline    **October 21, 2013**

Dated: September 9, 2013