**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-00201-RM-KLM

HILLARY VALLES,

    Plaintiff,

v.

GEN-X ECHO B, INC. d/b/a GENX,
MARTIN COLLAZO RANGEL, and
EAGLE CLAW SECURITY LLC and ARACELI GALEOTE, its owner,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**
**GEN-X ECHO B, INC. WITH PREJUDICE (ECF No. 55)**

---

THIS MATTER comes before the Court on "Plaintiff's Unopposed Motion to Dismiss Gen-X Echo B, Inc. from this Action with Prejudice Pursuant to F.R.C.P. Rule 41(a)(2)" (ECF No. 55). Upon consideration of the Motion and being otherwise fully advised in the matter, it is

ORDERED that the Motion (ECF No. 55) is GRANTED and Defendant Gen-X Echo B, Inc. is hereby dismissed from this action WITH PREJUDICE, with each party to pay her or its own costs, and its name shall be removed from the caption in all future filings with the Court. This action will continue against the remaining defendants.

DATED this 26th day of November, 2013.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge