**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00201-RM-KLM

HILLARY VALLES,

    Plaintiff,

v.

MARTIN COLLAZO RANGEL,
EAGLE CLAW SECURITY LLC, and
ARACELI GALEOTE, ITS OWNER,

    Defendants.

---

**FINAL JUDGMENT**

---

    Pursuant to Fed. R. Civ. P. 58(a) and the Order [Doc. No. 59, filed March 10, 2014], the following Final Judgment is hereby entered.

    On November 26, 2014, (ECF No. 56), the Court dismissed Defendant Gen-X Echo B, Inc. from this action with prejudice, with each party to pay her or its own costs, on the basis of an unopposed voluntary motion to dismiss by the plaintiff.

    With the March 10, 2014 Order, the Order and Recommendation of the Untied States Magistrate Judge [Doc. No. 58, filed January 15, 2014] is MODIFIED, with the Court agreeing with the Recommendation that dismissal of the action is appropriate; but the Court further declines to exercise supplemental jurisdiction over the remaining state law claims upon the dismissal of the claim over which it had original federal jurisdiction. Accordingly, it is

    ORDERED that Plantiff's remaining claims are hereby dismissed without

prejudice. Each party shall pay her or its own costs.

Dated at Denver, Colorado this 11th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Nicholas Richards

Nicholas Richards
Deputy Clerk